COHEN, LEDER, MONTALBANO & CONNAUGHTON, L.L.C.
River Drive Center II
669 River Drive, Suite 125
Elmwood Park, NJ 07407
908-298-8800
*Attorneys for Petitioners*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS INDUSTRIAL EMPLOYEES WELFARE FUND and BOARD OF TRUSTEES OF THE TRUCKING EMPLOYEES OF NORTH JERSEY ANNUITY FUND, <br><br> Petitioners, <br><br> vs. <br><br> FERREIRA CONSTRUCTION COMPANY, INC.. <br><br> Respondent. | : Civil Action: <br><br> : Docket No. <br><br><br><br> : **NOTICE OF MOTION** <br> : **TO CONFIRM ARBITRATION** <br> : **AWARD** |

TO:  **Via Regular and Certified Mail (T. No. 7011 2970 0001 8994 6273)**
**Ferreira Construction Company, Inc.**
**31 Tannery Road**
**Branchburg, NJ 08876**

**PLEASE TAKE NOTICE** that on I will apply to the above-named Court located at 50 Walnut Street, Room 4015 Newark, NJ 07101 at 9:00 a.m. for an Order confirming the November 16, 2017 Arbitration Award issued by Arbitrator Gerard Restaino, against Ferreira Construction Company, Inc..

**PLEASE TAKE FURTHER NOTICE** that Counsel shall rely upon the attached Petition to Confirm, Memorandum of Law, Proposed Order, Proposed Judgment, Certificate of Service and the Arbitration Opinion and Award, copies of which are attached hereto,

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested only if this application is opposed.

BRADY M. CONNAUGHTON, ESQ.

*Attorney for Petitioners*,
BOARD OF TRUSTEES OF THE TEAMSTERS INDUSTRIAL EMPLOYEES WELFARE FUND and BOARD OF TRUSTEES OF THE TRUCKING EMPLOYEES OF NORTH JERSEY ANNUITY FUND

Date: 1-5-2018